# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of January, two thousand twenty-three,

_____

Jorge Sanchez,

    Plaintiff - Appellant,

v.

Kenneth Butricks, Carbone, Counselor Supervisor/Americans with Disabilities Act Coordinator, Rodriguez, Captain,

    Defendants - Appellees,

William Mulligan,

    Defendant.

_____

**ORDER** 
Docket No. 22-2923

A notice of appeal was filed on October 5 2022. Appellant was notified of the requirement that a Prisoner Authorization Form must be filed with the Court, properly signed and without alteration within 45 days of the date of the notice pursuant to 28 USC § 1915(b). The Prisoner Authorization Form was due to be filed December 29, 2022.

Appellant is in default of filing the prisoner authorization form.

IT IS HEREBY ORDERED that this appeal will be dismissed effective January 24, 2023 if the Prisoner Authorization Form is not filed with the Court by that date. Any motions pending prior to the date of dismissal will be deemed moot.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court